MORRIS AND CUMMINGS DREDGING COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Morris & Cummings Dredging Co.* v. *City of New York,* 122 App. Div. 923, affirmed.

(Argued December 1, 1908; decided December 15, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1908, which affirmed a judgment of Special Term sustaining a demurrer to and dismissing the complaint in an action to recover for extra work alleged to have been done in connection with the performance of a contract.

*Pierre M. Brown* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* and *Clarence L. Barber* of counsel), for respondent.

Judgment affirmed, with costs, on opinion of Appellate Division in same case on former appeal (116 App. Div. 257); no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Dissenting: CULLEN, Ch. J., and CHASE, J.